# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NATIONAL FUEL GAS MIDSTREAM
CORPORATION AND NFG MIDSTREAM
TROUT RUN, LLC,

        Respondents

        v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

        Petitioner

: No. 446 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

SENECA RESOURCES CORPORATION,

        Respondent

        v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

        Petitioner

: No. 447 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.